UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTURO E. ACOSTA, | ) | 3:11-cv-00030-LRH-WGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LAGRANDE, *et al.*, | ) | |
| Defendant(s) | ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On August 25, 2011, the court issued an order staying this case for ninety days. (Doc. # 18.) On November 28, 2011, at the expiration of the stay, Defendants filed their 90 Day Status Report which noted the parties did not have any settlement discussions and that the office of the Attorney General intended to proceed with the action. (Doc. # 23 at 2.) A review of the docket herein was prompted by plaintiff's filing of a letter requesting he be informed of the status of his case. (Doc. # 36.) Although the docket herein reflects the filing of Defendants' Acceptance of Service, it was "for the limited purpose of settlement discussions." (Doc. # 21.) It appearing to the court that no order was entered directing that service be effected herein,

**IT IS HEREBY ORDERED:**

1. The Clerk shall electronically **SERVE** a copy of this order and a copy of plaintiff's First Amended Complaint (Doc. # 8) on the Office of the Attorney General of the State of Nevada, attention Pamela Sharp.

2. Subject to the findings of the screening order (Doc. # 11), within **twenty-one (21) days**

of the date of entry of this order, the Attorney General's Office shall file a notice advising the court and plaintiff of: (a) the names of the defendants for whom it <u>accepts</u> service; (b) the names of the defendants for whom it <u>does not accept</u> service, and (c) the names of the defendants for whom it is filing last-known-address information under seal. As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

6. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name and address for the defendant(s).

7. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **thirty (30) days** from the date of this order.

**IT IS SO ORDERED.**

DATED: January 10, 2013.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE