UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO ACOSTA, | |
| Plaintiff, | Case No. 3:11-cv-0030-LRH-WGC |
| vs. | |
| LEGRANDE, et al., | STIPULATION AND ORDER OF DISMISSAL |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Arturo Acosta (pro se) and Defendants Robert Bannister, Kelly Belanger, William Donnelly, Katherine Hegge, Donald Poag, and John Scott, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Nathan Hastings, Deputy Attorney General, that that all Plaintiff Arturo Acosta's claims, contained the Civil Rights Complaint in the above-captioned matter, be dismissed in their entirety, with prejudice.

///

///

///

1

This Stipulation is based upon a settlement agreement reached by Plaintiff Acosta and Defendants. Each party shall bear their own attorney's fees and costs.

Dated this 6th day of September, 2013.

_____
Arturo Acosta

Plaintif in Pro se

Dated this 6 day of September, 2013

CATHERINE CORTEZ MASTO
Attorney General

By: _____
NATHAN HASTINGS
Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED:

DATED this 10th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE